PAYNE v. KINGS COUNTY MANUFACTURING COMPANY.

*Evidence — in action against corporation.*

Conversations had between plaintiff and the officers of defendant, a corporation, in relation to a contract between plaintiff and the corporation upon which the action was brought, *held,* admissible, not as declarations, but to show the transactions in dispute.

APPEAL by defendant from a judgment in favor of plaintiffs, entered upon the report of a referee.

The action was brought by William H. Payne and another against the Kings County Manufacturing Company, to recover for goods sold, moneys loaned, and services performed under a contract.

*C. W. Pleasants,* for appellant.

*Abbott Brothers,* for respondents.

TAPPEN, J.

The only point passed upon in the opinion is given fully in the head-note.

*Judgment affirmed.*